## REGULAR MEETING OF THE ISLAND OF PALMYRA COPRA CO.,
## Friday April 28th 1922

A meeting of the directors of the Island of Palmyra Copra Company Ltd., was held at 121 Kaiulani Avenue on Friday April 28th 1922 at 8 p.m. attended by L. Fullard-Leo, Chairman, D.A.Lyons F.E. White, J.B. Stickney and secretary E.Fullard-Leo.

It was moved seconded and carried that the reading of the minutes of the previous meeting, March 30th be approved as read.

The Secretary submitted a written request from Mr. L.A. Thurston that he and a party of three be permitted to make the next trip to Palmyra remaining over one trip of the boat. It was thought that a good class of publicity could be secured for the Company in this way and while it was a risk in that they would have to be sent for even if trade did not warrent sending the boat within a specified time, it was moved, seconded and carried that permission be granted Mr. Thurston, and the secretary was instructed to negotiate with him and Ed. Benner to have the latter accompany the party.

The secretary reported that as the Company had been awarded the Navy fish contract for May, and at the rate the fish were selling, trip # 3. expected in any day now would suffice to meet that, but that we were operating under high expenses and by discussing the matter with Hoshina, it was though that it would be more economical if he were paid 15% instead of 10% and assume all the overhead of stall rent, ice, delivery, paper etc., but that the 15% do not cover the Navy contract. After detailed discussion, it was moved, seconded and carried that the Secretary write Hoshina and make the above proposition to him to go into effect May 1st 1922

It was further moved, seconded and carried that in order to meet the expenses of landing fish here at 18¢ per lb., and make a reasonable profit, that the prices for May be established as follows:- Wholesale. 20¢ per lb, retail 22.1/2 and dressed 35¢ and that notices to this effect be posted at the stall and letters be sent to all our wholesale customers.

It was reported that a plan was on foot to claim Kingman's Reef, and Mr. White still believed that this Reef could be of inestimable value to this Company and should be claimed for the Company either on the out or homeward voyage of the Palmyra during her next trip. It was moved, seconded and carried that the secretary commission Edwin Benner to attend to this for the Company and to give him the necessary authority etc.,

The Secretary explained that while she was voted the sum of $100.00 at the last meeting in lieu of office, telephone, and personal services, the finances of the Company were such that it did not warrent paying this amount and rather than increase the liabilities of the Company, was willing to do the necessary secretarial work and operate her office as the company's head-quarters.

Edwin Benner, Jr. had resigned his position effective April 30th and although he was a great help, it was felt that the Company did not have a position to offer that justified keeping him from something better elsewhere. With him and Mr. White away, it was generally agreed that the engineering Committee and every member of the Company would render what services they could to help out.

Mr. White outlined a plan whereby a stall could be opened at Aala Market and worked to great advantage with the co-opera tion of the owners of that market, and recited certain terms already mentioned to and by its representative Mr. Ayoy. The secretary was instructed to write and formulate an offer. these lines and ascertain whether Hoshina would operate both stalls.

Mr. Stickney moved and it was voted that he be given to purchase in which case he is paid by our stock for good its advantage. He was requested to negotiate this deal.

A tentative offer of $175.00 per month was made by Cap. Petersen for the charter of the Palmyra and the secretary was instructed to accept this and arange necessary papers as it was better to have the boat worked than tied up.

Copies of minutes and financial statement were ordered sent to all shareholders not present. The meeting adjourned at 9.30 p.m.

_____ Secretary-Treasurer.



EXHIBIT



FWS 001

315 Hawaiian Trust Building,
HONOLULU. T. H.,

May 3rd 1922.

Mr. Lorrin A. Thurston,
Honolulu, T.H.

Dear Sir,

As an agent of the Island of Palmyra Copra
Co., Ltd., a corporation under the laws of the Territory
of Hawaii, you are hereby commissioned to leave on the
Company's motor-ship "Palmyra" on or about the 4th May
1922 and proceed to a certain group of coral atolls
charted as "Kingman's Reef" situated approximately in
longtitude 162. West and in latitude 6 North, not hav-
ing been claimed by any other government or people,
and take formal possession of the same on behalf of the
United States of America, and claim the same for this
Company.

*L. Fullard-Leo* President.

*C. Fullard-Leo* Secretary-Treasurer.

EXHIBIT
"2"

# ISLAND OF PALMYRA COPRA COMPANY

CABLE ADDRESS
ISLAND OF PALMYRA
(SPELLING AS IN PECKAN)

OFFICE AND BUSINESS ADDRESS
HONOLULU, T. H.

315 Hawaiian Trust Building,
HONOLULU, T. H.

COPY

BE IT KNOWN TO ALL PEOPLE —

that on the _Tenth_ day of May A.D. 1922, the
undersigned, agent of the ISLAND OF PALMYRA COPRA CO., LTD.,
(an Hawaiian Corporation), landed from the motor-ship
"Palmyra" doth, on this _Tenth_ day of May A.D. 1922
take formal possession of this Island called "Kingman's
Reef" situated in Longitude _162°18'_ West and in
Latitude _6°23'_ North, on behalf of the United States
of America, and claim the same for said Company.

_Lorrin A. Thurston_ Agent,

The Island of Palmyra Copra Co., Ltd.,

Witnesses:

_Capt. Herman Charles Lemmel_
_John L. Padgett_
_Hitler T. Thearnum_
_Theodore T. Drange_
_M Vasconcellos_

I hereby cer-
tify that the
foregoing
is a correct copy of the
certificate of possession
of Kingman's reef, the
original of which is
deposited in a glass jar
on the island at the east
end of the reef together with a copy of the Honolulu Star
Bulletin of May 2 and Honolulu Advertiser of May 2, and an
American flag which had first been hoisted on a pole on
the island at the time of making the proclamation of pos-
session which the statement of possession is a true copy.

EXHIBIT
"3"

FLD 00439



This certificate.

Statement of Procedure upon the annexation of Kingman's Reef to the United States of America, by and on behalf of the Island of Palmyra Copra Company by Lorrin A. Thurston of Honolulu, Territory of Hawaii.

(1) On May 3, 1922 I was commissioned at Honolulu by the Island of Palmyra Copra Company Ltd, a Hawaiian corporation as an agent of said company to proceed on the company's motor ship Palmyra to proceed to Kingman Reef and take possession of the same on behalf of the United States of America and claim the same as the property of said company.

(2) In accordance with said instruction I left Honolulu on the 4th inst a 28 ton displacement on May 4. Palmyra took on water [...] at 7:30 [...] Honolulu

(3) May 9 at 1:45 P.M. sighted the breakers [...] Kingman [...] below about E and S for and [...] Ship [...] close E and S and trying for [...] for about 3 miles. breakers on shoals continuously along edge of [...] lagoon [...] club [...] about two miles. the surf could be seen breaking heavily. Anchored [...] until [...] Inch [...] At 4 P.M. hoisted anchor and proceeded west looking for opening into lagoon than ran [...] shut out vision until anchored in 4 fathoms on E side of reef. Wind continued with light W trade wind. All hands turned in. Current running about 1 to 3 knots on [...] to N.E. At 11 P.M. discovered anchor rope had parted cut by the coral and ship drifting N.E. at right angles to the wind. Dropped 2d anchor in 14 fathoms of water and spent night there.

(4) May 10 rainy. cleared at 8 a.m. found we had drifted N.W. across the [...] on S side of lagoon and were [...] in the lagoon about [...] at 2d anchorage and close to reef. At 8 A.M. raised anchor and proceeded [...] thru [...] breakers out and along [...] W side [...] island and anchored [...] from [...] edge of reef. 16 fathoms No bottom [...] along for reef. Perfectly smooth up to and over [...]

(5) 9.15. The 6 whale men — Capt Samuel [...] in charge of our party landed. Interval of about 400 of shoal between lagoon and island, partly awash, with water averaging 18 inches up to 1 deep. Very rough [...] over [...] growth of live coral of many forms, [...] and anemone up to a foot [...]

Palmyra Island
May 13, 1922.

My Dear Mrs. Leo.

I have to ask your pardon for making a report in the style of paper and the way in which this report is made. The explanation is that by some unaccountable mishap all of my writing paper got left behind, and no one else had any, except my small diary. So, apparently, all the available paper on which to report to you was the copy of the certificate which you furnished me. After it was covered I intended to continue on the margins of newspapers. But when about them the proclamation sheet, one of the party discovered a supply of large sheets of this paper probably left over by Rock, as this is the type of paper which is used for pressing botanical specimens.

The report can be revised and typewritten upon my return, or you can have it done right away, if you need it in connection with filing your claim at Washington. Mr. Hube can tell you if haste is necessary. I think that probably the actual taking possession and making the actual record, which had been lost, will hold the island until you

(over)

EXHIBIT
"4"

have reasonable time in which I get the
record to Washington. The statute fixes the time
limit within which the record must be filed,
I think. Be sure and consult Mr. ____ on
point also.

The trip down was a perfect success,
rather rainy, during us below on several nights,
who crowded, we did not mind it particularly as
of the captain and mate were disposed ____
carefully concealed it. We were a day late in
arriving at Kingman, ac. owing to overcast sky the
captain did not get a latitude observation for
two days, and we consequently "laid to" for 8
hours the last night, for fear of bumping
the reef in the dark.

The mate, by the way, is a wonderful cook
so that we lived like lords on his toothsome
concoctions. He is also a good all round man.

My opinion of the captain has also gone up
greatly. He is ultra careful, a good navigator
we had run on dead reckoning for 2 days before
arriving at Kingman's, and when he got a sight of
the sun, we were only 9 miles from the island.
He also handles the crew and gets along with
them well. He also fishes with the best of them.
It is a strenuous hard life, with no comforts
and little relief. I think you will ____ ____
interest of the company if you do it ____ ____

... to ... It seems to me that five days ashore
after the strenuous trip to Palmyra is not unreasonable, as
they are working at unloading fish one day and loading ice
on another; and ... they are two sundays on the trip; ...
... they work the same as on any other day. Under
these circumstances they really have only one day extra
off. The crew are the most willing, cheerful, stay and
... workers that I have ever seen. They fish every
day until about 5 o'clock and then hoist out the ...
from the boats, pick it into small chips and pack
the fish before going to bed. They worked until 8.30
in the evening the night we were at Kingman.

Capt Lemuel tells me that it is so wet on
the return trip that the crew cannot occupy the forecastle
and therefore have to come into the cabin to sleep. As there
are 8 in the crew and 4 of us that means 10 at a time, as
leaving 2 on watch at a time. There is bunk space for 6-
4 in the berths and 2 in the lounches — leaving 4 for the floor
which packs them like sardines. The fish box deck ...
aft of the engine room is fine in pleasant weather, for
all purposes. The awning over this deck is non-water
proof and ... like a sieve with a slight shower
when the spray and waves are coming free it will
untenable for sleeping.

The top of the deck house, in other pleasant ...
quarters — provided it can be kept ... The ...
cloth which I bot from ... for the purpose ...
fly acts as a chsentinator of the rain — whenever
them in streams. The canvas ... away little ...
but the chief trouble was that it ... like a
pitch after passing over the awning ... that it

bellied down so that it not only acts as a
reservoir, but touches the persons below, making a
place as wet, if not more so, than the open.

I have a suggestion for the consideration of your
Ladyship — which combines the wisdom of our bunch who
that of the captain and mate. It is to put a water-
proof awning over the deck house, on the following
lines. (1) Raise the present awning pole clear of main
the boom. (2) Make a light frame work consisting of
a post at each corner of the deck house, rising to
2 ft. above the deck. These do not have to be nailed
on but can be held in place by two large
staples — one near the main deck and one near the
level of the deck house top. (3) Connect the two
posts on each side by a fore and aft batten, at
the top of the posts. These can be notched
at the ends to fit like notches at the top
of the posts, and fastened either with cord
or pins. The object of this batten is to keep
the tent up off of the occupants. It is
the most essential point in the scheme.
(4) Set a tent of the closest weave canvas
obtainable, over the awning pole and frame in-
dicated, reaching at least a foot below the
top of the deck house, with cords at the
bottom to tie it down close, so that the
water cannot flow in between the tent
and the house. There should also be a

July Fifteenth 1922.

Hon. Charles E. Hughes,

Secretary of State,

WASHINGTON,   D.C.

Dear Sir,

This serves to advise you that it has been the good fortune of this Company to annex, on May 10th 1922, in the name of the United States of America, and for its own use, an atoll island charted as "Kingman's Reef" but never before claimed.

Herewith please find copy of certificate of possession and report by Mr. Lorrin A. Thurston, publisher of the "Honolulu Advertiser" who attended to the necessary formalities for the Company, as well as newspaper reports covering the matter.

According to the United States Attorney here, this notification is all that is necessary in addition to listing the same in our local tax returns, as the Palmyra Islands are a part of the county of Honolulu.

Hoping that this is sufficient evidence and that the same will be recorded and due credit given this Company and Territory, I have the honor to remain, Sir,

Faithfully yours,

_Juddard_ Secretary-Treasurer,

THE ISLAND OF PALMYRA COPRA COMPANY LTD.,

EXHIBIT
"5"

WHEREAS  the Island of Palmyra Copra Co., Ltd., of Honolulu, T.H. did on the 10th day of May 1922 take possession of Kingman Island, situated in 6.23 North latitude, and 162.18 West Longtitude and basing its claim on discovery and occupation – the said island not being previously claimed for any country or person,  and –

WHEREAS  the Island of Palmyra Copra Co., Ltd., is indebted to E. Fullard-Leo for cash loans in excess of three thousand dollars, and having no asset with which to liquidate this particular debt, now therefore beit –

RESOLVED  that the Island of Palmyra Copra Co., Ltd., relinquish all rights of whatsoever nature in and to the premises above described, in favour of Ellen Fullard-Leo for a nominal consideration of one dollar.

presented by

Introduced at Shareholders' Meeting,
Honolulu, T.H. August 14th 1922.



EXHIBIT

"6"



**DEPARTMENT OF STATE**
WASHINGTON

September 25, 1922

In reply refer to
J 811.014/3 .

Island of Palmyra Copra Company,

Honolulu,

Hawaii.

Gentlemen:

The Department acknowledges the receipt of your letter of July 15, together with its enclosures, and of your letter of August 24, 1922, regarding "Kingman's Reef."

I am, Gentlemen,

Your obedient servant,

For the Acting Secretary of State:

Second Assistant Secretary.

**EXHIBIT**

"7"

FWS 00200

*waii's Morning Newspaper—364 Mornings Ea*

—— *Since 1856* ——

# The Honolulu Advertiser

*Hawaii's Territorial Newspaper*

## HONOLULU, HAWAII

ADDRESS ALL LETTERS
TO THE COMPANY

July 9, 1926.

The Archives Commission
Territory of Hawaii.

Gentlemen:

In May, 1922, on behalf of the Palmyra Copra Company, Limited, an Hawaiian corporation, I visited and annexed Kingman Island and Reef, 33 miles or so from Palmyra. In accordance with law, a proclamation of annexation was read on the island; an American flag hoisted and the flag and a copy of the proclamation enclosed in a glass jar and buried in a rocky cairn built on the island.

In November, 1924, W.G. Anderson and others visited the island; inspected the record and flag and left a record of what they saw and did, which record was also enclosed in a glass bottle, which was also enclosed in said rocky cairn.

I have just visited Kingman Island again, June 1926, as a guest on the U.S.S. Whippoorwill, captain, Lieut. Poland, U.S.N., and examined said records. I found that the iron screw top of the glass jar containing the record, had rusted off; the cork partially rotted; some water in the jar and the record and flag both seriously affected by the water.

It was evident that unless a radical change was promptly made in the protection of the flag and record, they would at an early date disintegrate or otherwise become valueless.

I therefore removed them, and also the record left by Lt. W.G. Anderson, for deposit with your commission, for the benefit of whom it may concern.



EXHIBIT
"8"

Page 2.

This was done in the presence
of Captain Poland and he signed a certificate
of what happened, which certificate was enclosed
in a bottle and left in said cairn on said
Kingman Island.

A copy of said certificate is
enclosed herewith, also the said original
record of said annexation, and said Ameri-
can flag and said record by said W.G. Ander-
son, which I respectfully request may be
placed and kept on file in your office in
Honolulu, subject to the order of the owner
of said Kingman Island, or of the United
States Government.  I understand the present
owner of said Kingman Island to be the
Mrs. E. Fullard Leo of Honolulu, the suc-
cessor of said Palmyra Company, Limited.

I remain

Very truly yours,

Lorrin A. Thurston.
By Lorrin P. Thurston



**LINDA LINGLE**
GOVERNOR

**RUSS K. SAITO**
COMPTROLLER

**KATHERINE H. THOMASON**
DEPUTY COMPTROLLER

**STATE OF HAWAII**
DEPARTMENT OF ACCOUNTING
AND GENERAL SERVICES

ARCHIVES DIVISION
HAWAII STATE ARCHIVES
IOLANI PALACE GROUNDS
HONOLULU, HAWAII 96813

I, SUSAN SHANER, State Archivist of the Public Archives of the State of Hawaii, do hereby

certify that the attached document is a true and correct copy of the letter from Lorrin A. Thurston

to the Archives Commission, dated July 9, 1926, from the Hawaii State Archives Receipts, File

"T" —————————————————————————

on file in the STATE ARCHIVES, at Honolulu, State of Hawaii.

Witness my hand and seal this 10th day of November, 2005 at Honolulu, State of Hawaii.

SUSAN SHANER, STATE ARCHIVIST

July 24, 1926

L. A. Thurston, Esq.,
H o n o l u l u, T H
Dear Mr. Thurston:

This acknowledges receipt this day of two glass containers - a fruit jar and a beer bottle - received from you, with letter dated July 9, 1926 (Honolulu),  the latter stating that they contain records of the annexation of Kingman's Reef (Island), in 1922 and 1924, by L.A. Thurston and W. G. Anderson, respectively, and further stating that both contaoners are  deposited with the Archives of Hawaii commission, as objects of record, relqtive to the formal annexation of Kingman's Reef (Island) to the United States of America.

I beg to state that the jars, with their contents, the large fruit jar containing an American flag and papers, and the beer bottle with its record (the former ina serious state owing to the cork having rotted and permitted water to enter), have been entered on our receiving record books, together with your letter of July 9, 1926, and they now form an official part of our Archives of Hawaii.

Subject, however, as per  provision in the last paragraph of your letter, page 2, that they are  "subjectto the order of the owner of said Kingman  sland, or of the United States Government. I understand the present owner of  said Kingman  sland to be Mrs. E. Fullard-Leo, of said Palymra  Company, Limited."

I beg to thank you for  depositing these valuable relics with the Government of the Territory of Hawaii, U S A.

Very truly yours,

A.P.Taylor,
Librarian.



EXHIBIT

"9"

**LINDA LINGLE**
GOVERNOR

**RUSS K. SAITO**
COMPTROLLER

**KATHERINE H. THOMASON**
DEPUTY COMPTROLLER



### STATE OF HAWAII
DEPARTMENT OF ACCOUNTING
AND GENERAL SERVICES

ARCHIVES DIVISION
HAWAII STATE ARCHIVES
IOLANI PALACE GROUNDS
HONOLULU, HAWAII 96813

I, SUSAN SHANER, State Archivist of the Public Archives of the State of Hawaii, do hereby

certify that the attached document is a true and correct copy of the letter from A.P. Taylor,

Librarian, to L.A. Thurston, Esq., dated July 24, 1926, from the Hawaii State Archives Receipts,

File "T"

on file in the STATE ARCHIVES, at Honolulu, State of Hawaii.

Witness my hand and seal this 10th day of November, 2005 at Honolulu, State of Hawaii.

_Luella EH Kurkjian_
_for_ SUSAN SHANER, STATE ARCHIVIST











EXHIBIT

"E"





# L. FULLARD·LEO
## BUILDING AND PLASTERING CONTRACTOR

*Manufacturer of*

CEMENT ROOF TILES
MOSAIC FLOOR TILES
CASSON CEMENT BUILDING TILES
HOLLOW PARTITION TILES
FIBROUS PLASTER CEILINGS
PANELS, MOLDINGS, CORNICES
IMITATION GRANITE, STONE

*Modeling and Plastering in*
CEMENT, CAENSTONE, KELLASTONE
MAGNESITE

*Manufacturer of*
GARDEN FURNITURE
CEMENT BENCHES
SUN DIALS
JARDINIERS
ORNAMENTS
FOUNTAINS

Honolulu, Hawaii, U.S.A.,

Civil 417
Resp. Exh No. 12 (1)
admitted

August 5th 1931

Captain E.O. Swainson,
United States Geodetic Survey Ship "Pioneer"
Honolulu, Hawaii

Dear Sir,
My attention has been drawn to the good work that has
been done in local waters and those of distant islands of the
Hawaiian group by the Geodetic ship "Pioneer" under your command.
Through this branch of the Department of Commerce several Hawaiian
parts have been made available to commercial freighters resulting
in more and better local products being shipped out.
This letter serves as a formal application that should
time and means permit, the "Pioneer" be allowed to survey the
areas about Kingman's Reef and the Palmyra Islands, lying 900 odd
miles to the Southeast of Honolulu.
These islands are luxuriously wooded, have tens of
thousands of coconut trees (in fact the only coconut plantations
in Hawaii) enjoy prolific bird-life, hold phosphate deposits and
are the logical fishing grounds of Hawaii. In 1921-22 attempts
were made to work the copra to be collected by boats from the
nearby Fanning Island plantations, and fish for Honolulu but owing
to the natural coral atoll formation that surrounds the group, even
our small 30 ton gasoline schooner could not land close enough to
make development practicable.
Although a part of the Territory of Hawaii and assessed
against me by the City and County of Honolulu just as any other
holdings, the Territory has never been able to assist in a survey
and even in its Land Court Registration resorted to the use of an
old British Admiralty Chart.
At present our boat is out of commission and although
many inquiries for the islands' natural resources continually
come through the local Chamber of Commerce, boats cannot be charter-
ed to attempt the navigation of the close in waters and lagoons.
The Palmyras are well enough known to local government
authorities and the press and I would suggest that you make in-
quiries for your personal guidance, also that you peruse the College
of Hawaii Publication Bulletin #4 covering the history, flora and
fauna of Palmyra by Dr. Joseph Rock with beautiful illustrations,
and found at any of the public libraries.

EXHIBIT
"10"

ADDRESS THE DIRECTOR
U.  T AND GEODETIC SURVEY
AND NOT THE SIGNER OF THIS LETTER

AND REFER TO No.  22-LE

DEPARTMENT OF COMMERCE

U. S. COAST AND GEODETIC SURVEY

WASHINGTON

September 30, 1931.

{Endorsed}
Civil 417
Resp. Exh No. 12
admitted in evidence
11-26-40

No.
UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE NINTH CIRCUIT
FILED
AUG 27 1941
PAUL P. O'BRIEN
CLERK

L. Fullard-Leo,
    Honolulu, T. H.

Gentlemen:

    I have recently received from the Commanding Officer of the Ship PIONEER, your letter to him dated August 5, 1931, requesting that this Bureau make detailed surveys of Kingman Reef and Palmyra Island.  I have also received the copies of the letters of L. A. Thurston to Admiral Simpson, dated July 15, 1922, and to Admiral Coontz, dated June 22, 1925, bearing on the history and importance of those islets.  Please accept my thanks for this interesting information.  It will be useful to us in planning future surveys.

    This Bureau is concentrating on the completion of the surveys necessary to construct adequate charts of the waters immediately adjacent to the Hawaiian Islands and of those approaches to the islands used by transpacific shipping.  With this end in view and because of the weather conditions characteristic of that locality the PIONEER is assigned, during the summer months, to surveys along the chain of reefs, shoals and islets lying between the main group of islands and Midway Island.  During the winter months, she is assigned to surveys of the waters adjacent to the main group of islands.

    Continuation of this program, which is designed to make available important information at an early date, makes it appear unlikely that consideration can be given to the survey of Kingman Reef and Palmyra Island until at least one of the seasonal projects outlined above has been completed.  I assure you, however, that careful consideration will be given to your request when our program in Hawaii has reached an advanced stage of completion.

    Very truly yours,

R. L. Faris

Acting Director.

EXHIBIT
" 11 "

FLF 002259

# Executive Order

## PLACING CERTAIN ISLANDS IN THE PACIFIC OCEAN UNDER THE CONTROL AND JURISDICTION OF THE SECRETARY OF THE NAVY

### WAKE ISLAND, KINGMAN REEF, AND JOHNSTON AND SAND ISLANDS

By virtue of and pursuant to the authority vested in me by the act of June 25, 1910, ch. 421, 36 Stat. 847, as amended by the act of August 24, 1912, ch. 369, 37 Stat. 497, and as President of the United States, it is ordered that Wake Island located in the Pacific Ocean approximately in latitude 19°17′28″ N. and longitude 166°34′42″ E. from Greenwich, Kingman Reef located in the Pacific Ocean approximately in latitude 6°24′37″ N. and longitude 162°22′ W. from Greenwich, and Johnston and Sand Islands located in the Pacific Ocean approximately in latitude 16°44′32″ N. and longitude 169°30′59″ W. from Greenwich, together with the reefs surrounding all the aforesaid islands, as indicated upon the diagram hereto attached and made a part of this order, be, and they are hereby, reserved, set aside, and placed under the control and jurisdiction of the Secretary of the Navy for administrative purposes, subject, however, to the use of the said Johnston and Sand Islands by the Department of Agriculture as a refuge and breeding ground for native birds as provided by Executive Order No. 4467 of June 29, 1926.

This order shall continue in full force and effect unless and until revoked by the President or by act of Congress.

FRANKLIN D ROOSEVELT

THE WHITE HOUSE,
   *December 29, 1934.*

[No. 6935]

EXHIBIT
"12"



EXECUTIVE ORDER 8682

ESTABLISHING NAVAL DEFENSIVE SEA AREAS AROUND AND

NAVAL AIRSPACE RESERVATIONS OVER THE ISLANDS

OF PALMYRA, JOHNSTON, MIDWAY, WAKE, AND KING-

MAN REEF

Pacific Ocean

By virtue of the authority vested in me by the pro-
visions of section 44 of the Criminal Code, as amended
(U.S.C., title 18, sec. 96), and section 4 of the Air
Commerce Act approved May 20, 1926 (44 Stat. 570, U.S.C.,
title 49, sec. 174), the territorial waters between the
extreme high-water marks in the three-mile marine bound-
aries surrounding the islands of Palmyra, Johnston,
Midway, Wake, and Kingman Reef, in the Pacific Ocean, are
hereby established and reserved as naval defensive sea
areas for purposes of national defense, such areas to be
known, respectively, as "Palmyra Island Naval Defensive
Sea Area", "Johnston Island Naval Defensive Sea Area",
"Midway Island Naval Defensive Sea Area", "Wake Island
Naval Defensive Sea Area", and "Kingman Reef Naval Defen-
sive Sea Area"; and the airspaces over the said terri-
torial waters and islands are hereby set apart and re-
served as naval airspace reservations for purposes of
national defense, such reservations to be known, respec-
tively, as "Palmyra Island Naval Airspace Reservation",
"Johnston Island Naval Airspace Reservation", "Midway
Island Naval Airspace Reservation", "Wake Island Naval
Airspace Reservation", and "Kingman Reef Naval Airspace
Reservation".

At no time shall any person, other than persons on
public vessels of the United States, enter any of the naval
defensive sea areas herein set apart and reserved, nor
shall any vessel or other craft, other than public vessels
of the United States, be navigated into any of said areas,
unless authorized by the Secretary of the Navy.

At no time shall any aircraft, other than public air-
craft of the United States, be navigated into any of the
naval airspace reservations herein set apart and reserved,
unless authorized by the Secretary of the Navy.

The provisions of the foregoing paragraphs shall be
enforced by the Secretary of the Navy, who is hereby
authorized and empowered to prescribe such regulations
as he may deem necessary to carry out the provisions of
this order and the provisions of law hereinbefore cited.

Any person violating any of the provisions of this order
shall be subject to the penalties provided by section 44
of the Criminal Code as amended (U.S.C., title 18, sec. 96).

EXHIBIT

11/3 4

EXECUTIVE ORDER 8682 CONT.

and any person violating any of the provisions of this
order relating to the above-named naval airspace reser-
vations shall be subject to the penalties prescribed by
the Civil Aeronautics Act of 1938 (52 Stat. 973).

This order shall take effect ninety days after date
hereof.

Franklin D Roosevelt

The White House,
      February 14, 1941.

EO-158.0/504.0/507.0
518.0/519.0

EXECUTIVE ORDER

8729

CORRECTING EXECUTIVE ORDERS NOS. 8680, 8682,
AND 8683 OF FEBRUARY 14, 1941, ESTABLISH-
ING CERTAIN NAVAL DEFENSIVE SEA AREAS
AND NAVAL AIRSPACE RESERVATIONS

The phrase "the territorial waters between the ex-
treme high-water marks in the three-mile marine boundaries"
occurring in the first paragraph of Executive Orders Nos.
8680, 8682, and 8683 of February 14, 1941, establishing cer-
tain naval defensive sea areas and naval airspace reserva-
tions, is hereby corrected to read "the territorial waters
between the extreme high-water marks and the three-mile
marine boundaries."

/s/ Franklin D. Roosevelt

THE WHITE HOUSE

April 2, 1941.

THE NATIONAL ARCHIVES
FILED AND MADE AVAILABLE
FOR PUBLIC INSPECTION
APR 4 9:42 AM '41
IN THE DIVISION OF THE
FEDERAL REGISTER
- - - - - - - - -

DOC. NO. 114

C
O
P
Y



EXHIBIT
" 14 "

Encl (9)

REPRODUCED AT THE NATIONAL ARCHIVES

NAV.    Op13O-1c   April 17
          Serial No. 92113
ORD.   NO62/A16-3(401202-1)

Filed by Puff

ENG.

AERO.

C. & R.

                                    APR 18 1941

Y. & D.        From:        The Chief of Naval Operations.
               To:          The Commandant, Thirteenth Naval District.

S. & A.        Subject:     Administration of Naval Defensive Sea Areas
                            and Air Space Reservations.

M. & S.

J. A. G.       Reference:   (a) Sec. Interior letter, dated Feb. 4, 1941,
                            to Director of Bureau of Budget.

M. G. C.       Enclosure:   (A) Copy of reference (a).

BUDGET
               1.           Copy of reference (a) is forwarded for information.
        Particular attention is invited to the references to the blue fox
        industry in the Aleutian chain. The Department of the Interior
Op. 12. has been assured that the Navy Department has no desire or intention
        to unnecessarily restrict the activities of United States citizens
Op. 13. or nationals about their lawful occasions. The details of administration
Op. 14. should be worked out with the idea of causing the least possible inter-
        ference with vital industry and vested interests.

Op. 16.
               2.           In the administration of these areas, it is not the
Op. 18. intention of the Chief of Naval Operations to hamper the commandant
        by unnecessary regulation. The object of the executive order was to
Op. 20. give the commandant necessary authority to control subversive activities
        and safeguard the national defense. The amount of control necessary can
Op. 21. best be judged by the commandant or his representative in command locally.
        This office will review such measures as the commandant may recommend,
Op. 22. for their possible repercussions upon the affairs of other departments
        of the government or upon international affairs.

Op. 23.
               3.           Accordingly, the commandant is directed to submit for
Op. 30. approval such regulations as seem to him necessary and desirable.

Op. 38.
                            NAVY DEPARTMENT
                            SECY'S OFFICE - RECORD DIV:
                            RECEIVED
       GPO 4-7774

                                                              R. E. INGERSOLL
                                                              Acting



EXHIBIT

"15"

APR 18 1941



APR 18 1941

FLD 00001

Civil 417
Resp. Exh. No. 15
admitted in evidence
11-28-40

No. _____
UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE NINTH CIRCUIT
FILED

AUG 27 1941

PAUL P. O'BRIEN,
CLERK

## PALMYRA ISLANDS AND KINGSMAN REEF.

| Year | Owner | Land Value | Impt. Value | Total | Tax Rates | Taxes |
|------|-------|-----------|------------|-------|-----------|-------|
| 1911. | Deed from Elsie M. Wundenberg to Henry E. Cooper dated June 21st, 1911. | | | | | |
| 1912. | Henry E. Cooper | $ 5,000. | ----- | $ 5,000. | 1.100 % | $ 55.00 |
| 1913. | do | 2,500. | ----- | 2,500. | 1.115 % | 27.87 |
| 1914. | do | 2,500. | ----- | 2,500. | 1.170 % | 29.25 |
| 1915. | do | 2,500. | ----- | 2,500. | 1.265 % | 31.62 |
| 1916. | do | 2,500. | ----- | 2,500. | 1.273 % | 31.83 |
| 1917. | do | 2,500. | ----- | 2,500. | 1.210 % | 30.25 |
| 1918. | do | 2,500. | ----- | 2,500. | 1.830 % | 45.75 |
| 1919. | do | 2,500. | ----- | 2,500. | 1.830 % | 45.75 |
| 1920. | do | 2,500. | ----- | 2,500. | 2.290 % | 57.25 |
| 1921. | do | 2,500. | ----- | 2,500. | 2.570 % | 64.25 |
| 1922. | do | 10,000. | ----- | 10,000. | 2.890 % | 289.00 |
| 1923. | do (2-Islands) | 600. | $ 100. | 700. | 3.067 % | 21.47 |
| 1924. | do | 600. | 100. | 700. | 2.747 % | 19.23 |
| 1925. | do | 600. | 100. | 700. | 2.796 % | 19.57 |
| 1926. | do | 600. | 100. | 700. | 3.337 % | 23.36 |
| 1927. | do | 600. | 100. | 700. | 3.497 % | 24.48 |
| 1928. | do | 600. | 100. | 700. | 3.526 % | 24.68 |
| 1929. | do | 600. | 100. | 700. | 3.769 % | 26.38 |
| 1930. | do | 600. | 100. | 700. | 3.794 % | 26.56 |
| 1931. | do | 600. | 100. | 700. | 4.003 % | 28.02 |
| 1932. | do | 480. | 100. | 580. | 4.011 % | 23.26 |
| 1933. | do | 480. | 100. | 580. | 2.887 % | 16.74 |
| 1934. | do | 480. | 100. | 580. | 3.086 % | 17.55 |
| 1935. | do | 480. | 100. | 580. | 2.994 % | 17.37 |
| | | | | | 3.098 % | 17.97 |
| | | | | | 3.101 % | 17.99 |
| | | | | | 2.924 % | 16.96 |
| | | | | | .088 % | 17.91 |
| | | | | | ---- | - $1,067.32 |

EXHIBIT
" 16 "

FLF 000195