**KINGMAN'S REEF**        [Honolulu Advertiser: Friday, November 6, 1936 ]

Territorial Tax Office 1936.

TMK 391-38. "Land Palmyra Island and Kingman's Reef."

Location: 162 degrees 18 minutes West Latitude and 6 degrees 23 minutes North Longitude.Central Pacific Ocean, Line Islands Group. [33 miles Northwest of Palmyra Atoll.]

Annexed to the United States of America and the Island of Palmyra Copra Company, Ltd.[1] by Lorrin A. Thurston, Editor of the Honolulu Advertiser as agent for the above company on May 5, 1922.

"Be it known to all people that on the tenth of May, 1922, the undersigned, agent of the Island of Palmyra Copra Company, Ltd., landed from the motorship Palmyra, doth, on this tenth of May, 1922, take formal possession of this island called Kingman's Reef, situated in longitude 162 degrees, 18 minutes west and latitude six degrees, 23 minutes north, on behalf of the United States of America and claim the same for said company."

Kingman's Reef ceded to Mr. and Mrs. Leslie Fullard-Leo on August 14, 1922 by the directors of the Island of Palmyra Copra Company all rights to the newly acquired territory in return for sundry unsecured loans.



EXHIBIT
" 17 "

FLF 000335

In Sports, Page 52

# Far East challenge

COMPLIMENTS OF
CONTINENTAL MICRONESIA

Four Guam basketball teams start play today in the Far East Basketball Tournament in Japan

# Pacific Daily News

©1995 Guam Publications, Inc.

A Gannett Newspaper

We on Guam

VOL. 26 NO. 19 AGANA, GUAM, FEBRUARY 20, 1995

Hafa Adai, it's Monday

## Cycle of violence might take 30 years to break

By BERNADETTE STERNE
Daily News Staff

Sister Mary John Cristobal thinks that the verbal, physical and other forms of abuse that undermines families and society can be defeated.

But it will take patience. The cycle of domestic violence that is passed on from parents to children may take 30 years to break.

"Violence is a learned behavior and parents need to understand that they are the first teachers of their children," said Cristobal, the new chief probation officer at Guam Superior Court. "People need to reprogram their way of thinking about the use of violence to obtain a favorable outcome."

Reprogramming thinking of individuals and the greater society will take three generations, she said.

Cristobal said the majority of cases her probation officers handle are domestic-related. In 1994, there were 1,196 domestic cases filed at Guam Superior Court. That comes to about 3.2 cases filed each day.

Cristobal said the heavy domestic caseload causes her probation officers to be an extension of the court. Now, she said, they also want to be an extension of the community.

And by reaching out to the community, she said they can help put an end to the domestic violence cases that flow through their office.

"I perceive violence as having

no reason to exist," she said. "Violence is used as a short-term payoff, but it is expensive in the long run."

The probation office will start its 30-year-long program by advocating the first generation through workshops that will heighten people's awareness and

☐ See VIOLENCE, Page 4

## New islands, new options for Hawaii

By JOHN E. SCANLAN
Daily News Staff

Midway Island could be the site of a new prison. Or it could be an eco-tourism destination.

For years, Johnston Island has been used by the military as a toxic waste dump. In the future, cobalt from the waters around the island could bring money to native Hawaiians.

All introduced in Congress by Rep. Elton Gallegly, R-California, would transfer seven islands from federal control to the state of Hawaii. Now, government officials in Hawaii are trying to decide how their new territory would be used.

Federal and state officials also are trying to determine how law enforcement, toxic cleanup and wage laws would be applied in the islands once they are transferred to state jurisdiction.

The islands mentioned in the bill are the Midway Islands, Johnston Atoll, Palmyra Atoll, Kingman Reef, Howland Island, Baker Island and Jarvis Island.

Earlier Associated Press news reports said Wake Island would be included in the bill. However, Wake Island is not mentioned in the bill. Greg Small of the Associated Press bureau in Honolulu said yesterday that an inaccurate report was received and subsequent news stories included the error.

Hawaii's delegation of senators and congressional representatives in Washington were originally pleased about the bill because it was introduced without any consultation with them.

"The bill did catch us by surprise," said Mike Slackman, spokesman for Rep. Neil Abercrombie, D-Hawaii.

He said the representatives from Hawaii didn't have much time to consult with the state government and native Hawaiian organizations to determine if these groups had any opposition to the plan.

Now, Hawaiians are looking at the potential benefits in holding the island.

In a meeting Friday, representatives from state and federal agencies, an independent development group and a native Hawaiian rights group discussed the future of the islands, and questions raised by the transfer of the islands.

Dorcie Dawson, a spokeswoman for the state's Department of Business Economic Development and Tourism, said a number of those questions involved the Midway Islands.

"The Department of Public Safety suggested building a medium security prison out there. And while there's certainly a need for more prison space in the state, what would the cost of building a prison out there be especially during tight financial times?" she said.

Other suggested uses for Midway include the development of eco-tourism vacation sites.

"We've had some private sector people inquire about it, but there would be some development costs that the government might be expected to pick up and that issue hasn't been resolved at all yet,"

Dawson said.

The conference participants heard Jon Van Dyke of the University of Hawaii's law school raise the issue of which of the islands are eligible to obtain a 200-mile exclusive economic zone around their shores.

☐ See HAWAII, Page 4



### Expanding Hawaii

**Midway Islands**
1,200 miles northwest of Honolulu. An atoll 15 miles in circumference, with two islets called Sand Island and Eastern Island. A U.S. possession since 1867, it has no indigenous population.

**Johnston Atoll**
700 miles west-southwest of Honolulu. Its highest point is 43 feet above sea level. It is one of the most isolated atolls in the world. Both the U.S. and the Kingdom of Hawaii claimed the island in 1858.

**Howland Island**
1,500 miles south-southeast of Honolulu and 35 miles north of Baker island. Officially declared a U.S. possession in 1936, but used by Americans since 1858. Just less than one square mile in size, it has one patch of trees and other vegetation.

**Baker Island**
1,500 miles south-southeast of Honolulu. Declared a U.S. possession in 1936. Just more than one square mile in size, it is uninhabited, but there were American colonists there in the mid-1930s.

**Palmyra Atoll**
33 miles southeast of Kingman Reef. Owned with Kingman Reef by the Fullard-Leo family. Made up of 39 islets totaling 1,400 acres. It receives about 176 inches of rainfall annually and is heavily vegetated.

**Kingman Reef**
900 miles south of Honolulu. Owned by the Fullard-Leo family of Oahu. The 45-square mile island is often completely submerged during high tide. Annexed by the U.S. in 1922.

**Jarvis Island**
1,200 miles directly south of Honolulu, just below the equator, and 1,200 miles east of Baker and Howland. 1.7 square miles in size. The U.S. took control of the island in 1935 after England abandoned it.

Source: Pacific Island Yearbook 1989

---

## Hawaii: Who will pay for cleanup of toxic substances?

☐ Continued from Page 1

"U.S. law says they all do, but international law says they don't. International law only recognizes land masses big enough to regularly support habitation," he said.

He asserted that this definition would omit Baker, Howland and Jarvis.

"And Kingman and Palmyra would be questionable as well," he added.

And the question of native Hawaiian rights to natural resources must be resolved as well, Van Dyke said.

"Just below the surface of the waters around Johnston island, there are large deposits of cobalt which could easily be mined. Native Hawaiians have a right to 20 percent of natural resources found in the former kingdom, which was illegally overthrown in 1893," he said.

Van Dyke said cobalt is a valuable resource used in high-tech and military products.

"Right now the United States gets all of its cobalt from Africa. There are no known reserves in the continental United States now. This would be a big help to the United States," he said.

### Minimum wage laws

The applicability of federal and state laws on the seven islands also has to be looked into.

"Right now minimum wage laws aren't in force on Midway, where about 1,000 Sri Lankans are working there cleaning up toxic wastes and aren't being paid that much. If someone wanted to start an eco-tourism business there using these low-paid people, the business might not be economically feasible if they had to be paid the minimum wage," Van Dyke said.

Slackman added the legislation leaves numerous questions unanswered about the state's responsibilities toward the seven islands. "What kind of law enforcement will we have to put on them? This and other important items haven't been addressed," he said.

The spokesman added the money adds up and are not near any of Hawaii's main islands. "The nearest one is more than 500 miles from Honolulu and the farthest one is over 1,000 miles away," he said.

The environmental issues discussed included the clean-up of toxic substances at Johnston Atoll.

"The military has dumped huge amounts of wastes there over the years. Will the state have to pay for cleaning that up? Obviously we'll want to know about that," said Dawson, of the economic development department.

She added that all of the islands have to be looked separately.

"You can't treat all of these islands as one lump sum. But Howland, Jarvis and Baker would be better left alone because of their pristine nature," she said.

In fact, Dawson said everyone at Friday's meeting agreed that the islands' fragile ecosystems are a cause for concern.

"That's the one point everyone at the meeting seemed to easily agree on. While a diversity of opinions were expressed at the meeting about how to best use the islands, everyone thinks their environments need to be protected," she said.

### Native rights

The Nation of Hawaii, a native Hawaiian rights organization that wasn't invited to Friday's conference, wrote a letter on Feb. 6 to President Clinton about the islands.

Pu'uhonua Kanahele, who is known as the head of state within his organization, said the islands must be formally returned to Hawaii as soon as possible. He said the islands are considered part of the Nation of Hawaii, which his organization proclaimed to be an independent country on Jan. 16, 1994.

Hol Na'auao, an organization composed of 47 native Hawaiian rights groups, is still considering its position on the islands, said Keoni Agard, president of the organization.

Absent from the conference was a representative for Oahu's Fullard-Leo family, who owns Palmyra Atoll and Kingman Reef.

Ainsley E. Fullard-Leo, the family's spokesman, said the family wants to know if the state will have the right of eminent domain over the islands.

"Are they going to tax our land?" he said.

Fullard-Leo said his family has contested the islands since 1922. He added his mother petitioned Congress to name Kingman Reef to the United States.

"She had a hard time as many people didn't even believe the place existed," Fullard-Leo said.

*Page Nine*

# Kingman Reef Becomes American

### By John L. Padgett



Little is known about the love-life of the polyp except that it must be satisfactory to the polyps, hence most of the South Sea Islands. A short while ago—as the world goes and grows—a colony of these minute sea lives settled and set up housekeeping on a barely submerged mountain peak and expanded. Not bothered by rents, transportation and politicians, generation after generation multiplied and lived, each on the skeleton of the preceding generation. Such is their life. Eventually the many tiers of infinitesimal bones piled up into a large sized island at low tide—a reef at high tide. The washing of the waves broke loose the dead coral and drifting currents deposited the particles on the highest point.

Later on, wandering vessels far from the regular lanes, saw the surf pounding and passed it by. Some unknown sea legend, bred in the forcastle or barroom dubbed this speck "Kingman Reef." In 1921, the *Sailing Directions for the North Pacific Islands* gave the correct position but then noted—"Existence Doubtful." This Federal Govern-

ment printed book in one breath warned all ships to avoid the spot and in the next told the wandering seamen not to be surprised if they did not find it. Since no one was sure it was there no one claimed it. (See *Paradise of the Pacific,* January, 1937 for story of Kingman Reef and its being named after Captain Kingman of the American ship *Shooting Star*).

Mr. and Mrs. Fullard-Leo owned the nearest fleet of Islands—Palmyra. They and a Hui owned and operated the fishing sampan *Palmyra* with a seven-ton icing capacity. On one of her regular trips she carried in addition to Captain J. R. Lemmel and Japanese crew a party of Conchologists headed by the late Lorrin A. Thurston, myself as First Mate—polite name for cook.

The first night out we crowded into the tiny cabin, seasick, wet and sporting a "Oh well it can't get any worse" attitude. Mr. Thurston rather bravely dug out the Sealed Orders and by the dim light read them to us. We were to

*Continued to Page Twenty-Nine*

May, 1937

## Kingman Reef

### Continued from Page Nine

proceed to and report at a certain Latitude and Longitude and annex the doubtful Kingman Reef in the name of the United States of America and Mr. and Mrs. Fullard-Leo.

All we had to do was keep enough food down to live and trust Captain Lemmel to find it. The Captain deserves much credit for his navigation. For five days without a shot at the sun, by dead reckoning and with a keel-less craft of unknown drift, the Captain raised the surf of Kingman Reef at the dawn of the sixth day.

That day we fished. One ton. of finny strangers came aboard. Unbelievably true fish stories every minute which no one will believe so why tell them.

At dusk we dropped the hook and all hands slept including the watch. The next morning we found ourselves inside of the lagoon having drifted over the same reef which the day before we had considered too dangerous to sail over. After fifteen years I still feel scared over that one.

Slowly we proceeded to the North end (or toe) of the horseshoe and leaving the Japanese to fish, rowed ashore. No Rube Goldberg or any D.T. imagination could describe the three hundred yards of wading through the shallows to the small dab of dry land.

Giant sea clams up to two feet in diameter, weighing up to four hundred pounds and with ten gallon capacity un-folded to display colors never dreamed of by the most demented surrealist artist. Disturbed by our footsteps they snapped shut jutting streams of water six to eight feet in the air. Our advance was preceded by a barrage of these jets and the "clunk" of the bivalves closing up.

Varigated sea anemones added more spots of color to the delirious spectrum and then closed up tight to form a lump of "goo." The only neutral shades were supplied by a ring of dull dirty grey sharks circling around and around, half in, half out of the shallow water. However they were only babies five or six feet long.

We were supposed to go to Palmyra so we went. On my return to Honolulu I was called before Rear-Admiral Edward Simpson and staff. They still seemed to believe the *Sailing Directions* "Existence Doubtful" but after a morning of questions let me go back to my drawing board. Shortly after this the U. S. Navy sent a Mine Sweeper down which found Kingman Reef and that made it official.

Having helped to make history while worrying about my cooking and having traveled the course in six days which the Air-Clippers now cover in a little over six hours there is still another and more lasting benefit. By that I mean the opportunity to walk and talk with Lorrin A. Thurston. That kindly gentlemen was learned in Hawaiian history, lore and legend. Ready to fight at the drop of the hat if he was assured the cause was just; kindly, considerate and en-joying the evening of his life in the pursuit of the hobby he loved. Back in the time I write of the days would have been long without him—sometimes they are now.

Today the giant Clipper settles down on the calm lagoon, a rest, then on its restless way. The polyps continue, un-disturbed, trying to make something of Kingman Reef—their work. Between the polyp and the Pan-American Airways the Pacific World is a new one.

## Kingman Reef History Told

The Christian Science Monitor has just published an account of how Mr. William O. Fullard-Leo presided over an account of how Mr. Lorrin A. Thurston, 15 years ago, annexed the reef for the United ...

Hon. Advertiser
Nov. 3, 1936.

# HISTORY OF ANNEXATION OF KINGMAN'S REEF

Editor The Advertiser:

With no intention whatsoever of under-rating the valuable service rendered by the Late Lorrin A. Thurston through a long useful and crowded career, to the kingdom, republic and Territory of Hawaii, the Federal government, his fellow men and the world at large, permit us however, to add further information to your editorial of Saturday, October 31st, captioned "L. A. Thurston pioneering in the South Seas." Staunch friend and true sportsman, were he here in person "L. A." would hasten to give the correct history of the annexation of Kingman's Reef which we here beg to submit augmented by quotations from his articles printed in The Advertiser of May 22nd and July 15th, 1922, and the "Christian Science Monitor" of July 10th.

A small corporation known as the Palmyra Copra Company, Ltd., had leased the Palmyra Islands from the late Henry E. Cooper to develop the copra and other resources but with copra down to nothing decided to bring fresh fish for the Hawaii market. A tip was received that a competing hui with foreign capital was about to set sail and annex an unclaimed fishing base near the Palmyras for a foreign country. The Secretary of the Copra company promptly consulted Judge S. Huber, then U. S. attorney in Hawaii, as to the formalities required to annex land for the United States and hastened the departure of the company's motorship with sealed orders to Capt. Herman Lemmel to proceed directly to the only known unclaimed reefs or land in the vicinity of Palmyra. Weeks before this Mr. Thurston and party of shell collectors had been given permission to go to the islands for a holiday. (quoting L. A. T.) "I stumbled into this proposition as purely accidentally as though I had stubbed my toe, fallen downstairs and lit on a pot of gold. Two days before sailing, Mrs. Leo confided to me the theory that Kingman's Reef might be an island and not a "Dangerous Shoal," as ascribed to it by the North Pacific Pilot Guide, published by the U. S. government. Would I act as agent and attend to annexing it if it were a true enough island. Would a fish swim? If the lady had but known I would willingly have become a material asset of the company in paying for the privilege. No sooner said than done, I was handed the following commission:

**Mr. Lorrin A. Thursday, Honolulu, T. H.**

**Dear Sir: As an agent of the Palmyra Copra Co., Ltd., a corporation under the laws of the Territory of Hawaii, you are hereby commissioned to leave on the company's motorship "Palmyra," on or about the 4th May 1922, and proceed to a certain group of coral atolls charted as "Kingman's Reef" situated approximately in longitude 162 West and in Latitude 6 North, not having been claimed by any other government or people, and take formal possession of the same on behalf of the United States of America and claim the same for this company. Signed L. Fullard-Leo, Pres.; E. Fullard-Leo, Sec.-Treas.**

Also with the following accompanying instructions:

**Dear Mr. Thurston. The enclosed documents I believe to be in order for the matter verbally discussed with you, and the procedings will be as follows: Captain Lemmell is being ordered to call at Kingman's Reef on his way down, and weather permitting, make a landing of your party and such of his crew as he may desire. You will pleace examine whatever land there is, guage its extent and scientific value while the captain will take correct observations to be inserted in the document to be left there duly signed, witnessed, etc., securely placed with a flag of the United States and copies of the local papers, in a glass jar herewith supplied. Your party will kindly make a beacon of stone or coral and erect on the same a pole which will appear conspicuous, and safely deposit the jar with its contents at its foot. With the return of the boat please send me a full description together with photographs if possible, and return the copy duly filled out as per the original document deposited on the island. All this, providing there exists no trace of a former possessor. I know you will get a real "kick" out of this and wish you every success, at the same time thanking you for your timely assistance.**

**Yours sincerely,**

**(Signed) E. FULLARD-LEO, Secretary."**

An exhaustive description of his findings was sent back by the boat and published in The Advertiser, the annexation document supplied was signed by Mr. Thurston and his five companions and sent by the Copra Company to the State Department in Washington and duly acknowledged. A copy was filed with the Archives in Honolulu. At a stockholders' meeting of the Palmyra Copra Co., held on August 14th, 1922, a resolution was introduced and unanimously adopted to cede to L. Fullard-Leo all the company's rights of whatsoever nature in the newly annexed territory in return for sundry unsecured loans. Although, according to press dispatches from Washington last year, Kingmans, together with Wake and other islands were placed under the jurisdiction of the 14th Naval District, the Territorial tax office has collected taxes to date, its assessment for 1936 reading—Key 391-38 "Land Palmyra Island and Kingman's Reef."

Too much credit cannot be given Mr. Thurston for his intense study, exhaustive research and loyal efforts to make Kingman's a national asset. All his findings were placed at the disposal of the government with this note "The ownership of this island and harbor has been secured by American citizens and jurisdiction handed to the American government on a plate. I submit that it is now proper policy for the government to take time by the forelock and have a detail survey and report made on Kingman's Island and harbor to supplement the present meagre information concerning Kingman's Reef." Over a period of several years he persisted and these quotations are typical of the spirit that dominated this man. To Admiral Simpson in July 1922, "I feel that the unusual opportunities which I have had for obtaining some knowledge upon the subject place an obligation upon me to make such knowledge available for the national good."

To Admiral Coontz in 1925: "I have no interest in Kingmans or Palmyra, directly or indirectly other than as above set forth. As an American citizen, however, I am strongly interested in what may, in the not distant future, prove of vital interest to American interests in the Pacific."

Thanking you for your valuable space, we are, sir,

Faithfully yours,

LESLIE AND ELLEN FULLARD-LEO.

2389 Prince Edward Street, Honolulu, T. H.
Nov. 3, 1936.

eng... nt at that house tonig... are only o
.. "Miracles of the Jungle," a seria... which will o

ice box (1); i...
r (1);  baby
pp(1)  macaron

# Let Us Away To Kingman's Reef! Cries Spalding

## Retired Banker Honing To See One of Those Thurston Sharks

E. I. Spalding, retired banker and man of affairs, said yesterday that he cannot help the simple paths of the lapsed virtue shown by Lorrin thurston, proprietor of The Ad vertiser. He has always had a very High personal regard for Mr. Thurston and believes that, to re-establish his old friend it will be nec the public's esteem Inter-Island Steam Navigation Co. to run a special ex cursion steamer to Kingman's reef essary for the first-hand piscatorial evidence can be had.

"If I don't believe a word about these forty-foot sharks and take a 100-pound tuna in the single bite, or a chase the big creature to the masts of a Spalding remarked in the sampaned tones. "If 'Jock' Kennedy will send the Kiluaea down to Palmyra in order that we can find out the facts, I guarantee that the can all the ship with Ilailoes. This is an important matter. It ought to be settled!"

(Continued from Page 1.) ...upon the question as ...as Warren Thurston... and investigation.

The following facts are within the personal observation and do constitute ...apparent that the Kingman's lagoon is efficiently protected from outside ocean swells, so that, as far as this point is concerned, it can be ...Honolulu's safe harbor.

## Evidence Bearing Upon the Safety of Kingman's Lagoon

### At Harbor

At Oahau 10:1aaa, a normal north... ...trade winds, the normal trade ...swell and chop. ...there is in our inter-island ...channel—producing the usual surf, which was rolling in from the north, east and south, at the eastwardly of the reef.

The island lies at, time of low ...it is the best collateral variolicking island the bending fored, on the north and south sides of the lagoon...

...and the "coral gardens" at Kameohe and Waialua are joined compared with this...coral garden...largely of dead coral. Whereas every square foot of Kingman's total garden consists not only of living coral and sea-shells, but many of the corals are so fragile that it is such that even fingers them in their...but even fingers them...the long branching variety, with branches 18 inches to two feet long, so brittle that while fishing with an ordinary fishing line, in 15 feet of water...

...branches a couple of feet long the came, entangled and were broken off and brought to fragile branching corals growing on the reef where we landed, on the very edge of the other deep water of the lagoon. Neither in this patch nor any of the other fragile species in the same vicinity was there any broken, corroded though the surrounding even a moderate swell passing across the lagoon. And fallen upon these corals it would have crushed them into fragments.

Also, bearing upon this point is the vital fact that on the other three sides of the island—north, east and south—there was no live coral, the intervening reef being a platform of dead coral, every almost bare by the waves, with the exception of slabs of dead coral known as "coral shingles."

## YOUNG DRANGA TELLS OF PALMYRA TRIP IN LETTER TO FATHER

1922.

H I L O, Hawaii, May 29.—T. A. Dranga received a letter from his son, Theodore, by this morning's mail, dated "Palmyra, May 4," in which his experiences at Palmyra, in detail. He writes, in part as follows:

"The islands are lovely and covered with big trees of three kinds, ...them filled with roosting birds, in the lagoon are lots of small shrimp, from two to four feet long, which may be seen roosting in water only eight inches deep, with other kinds of fish the lagoon fairly swarms.

"Going down on the sampan we caught plenty on hauling for red snapper, which every night had into the water. They would wring from four to six pounds each.

"Coconut cabbage and land the islands and out of the food on the heart of a Cocoanut tree.

"We are living in the Cooper cottage adjacent to be all alone here at least two weeks longer before leaving [mother outside]."

# Ad Club Hears About Palmyra

## L. A. Thurston Addresses Members On Recent Voyage To South Seas

# 'Friday' Too Is Strong for Trip To Palmyra Isle

"They may talk all they want to about the fish sharks and the Ilaos," said Manuel Vasconcellos yesterday morning, but, let me tell you, if anyone will tell me he is not afraid of above the fish and sharks in the waters surrounding Palmyra, is gospel truth." Vasconcellos, better known as "Thurston's Man Friday," was one

# U. S. FLAG OVER

## Honolulu Party On Sampan Palmyra Takes Possession Of Kingman's Reef May 10

### HISTORY IN MAKING; A PACIFIC DOCUMENT

BE IT KNOWN TO ALL PEOPLE...

LORRIN A. THURSTON

Agent The Island of Palmyra Copra Co., Ltd.

Witness:
CAPTAIN HERMAN CHARLES LEMMEL
JOHN S. RADCLIFFE
DUDLEY OFFMANN
THEODORE S. DRANGA
M. VASCONCELLOS

### Here's to Him!

### The Amende Honorable

---

Land Listed by U. S. Navy but Hitherto Not Definitely Known or Possessed Is "Annexed" and Found to Be Real Island With Good Harbor and Ideal Natural Landing Facilities

## THURSTON SUGGESTS NAME "LEO ISLAND"

Valuable Possibilities as Naval or Commercial Station Revealed by Explorers' Visit to Spot in Pacific Supposed to Be Only a Dangerous Reef

### Natural Landing Stage

---

FLF 000367

EXONOMIK CHECK AND DEPOSIT REGISTER—Form A

REGISTER CHECK BEFORE DRAWING



EXHIBIT
"18"

FLF 000004

July 1957 Palmyra

| DATE | IN FAVOR OF | IN PAYMENT OF | Number | Paid or Pd | Amount of Check | Pd | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNTS FORWARD | | | | | | | | |

December 1952    Palmyra

| DATE | AMOUNTS FORWARD — IN FAVOR OF / IN PAYMENT OF | Check Number in Page | Amount of Check | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|

FLF 000006

June 1957                     Palmyra

| DATE | IN FAVOR OF | IN PAYMENT OF | Number | Point in Fav. | Amount of Check | 1st | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

Palmyra

June 1950

| DATE | AMOUNTS FORWARD / IN FAVOR OF | IN PAYMENT OF | Number | Paid in Full | Amount of Check | Net Paid | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

*(Handwritten check-register ledger; individual entries are illegible.)*

FLF 000008

November 1955 Palmyra

REGISTER CHECK BEFORE DRAWING

| Date | In Favor Of | In Payment Of | Number | Posted on Page (Personal) | Amount of Check (Home) | Pd ✓ | Date of Deposit (Parking) | Amount of Deposit (Taxes) | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | Amounts Forward | | | | | | | | |
| | Mac Bramel | Oct 15–31 Com | 76 | | | | 75.00 | | ✓ 75.00 |
| 2 | Winona Oct 11–31 | 25 ✓ 30 U 50 ✓ | 77 | 20.00 / 20.00 | 55.00 / 30.00 | | | | ✓ 75.00 / ✓ 50.00 |
| 1 | Mutual Benefit Health ins. | to Nov 1 '56 | 78 | 22.00 | | | | | ✓ 22.00 |
| 5 | Hon Symphony Society | 55–56 tickets | 79 | 21.60 | | | | | ✓ 21.60 |
| | Dr Bell | Aug–Sep 23 – medical | 80 | 38.25 | | | | | ✓ 38.25 |
| | Unity | Subns for Xmas | 81 | 8.00 | | | | | ✓ 8.00 |
| | National Geographic | for 1956 | 82 | | 6.00 | | | | ✓ 6.00 |
| | Am Sanitary Laundry | Sep 8 + Oct 3 | 83 | | 5.39 | | | | ✓ 5.39 |
| | RCA Communications | to Sep 21 | 84 | | 4.81 | | | | ✓ 4.81 |
| | Board Water Supply | Aug–Oct 19 | 85 | | 13.83 | | 4.00 | | ✓ 17.83 |
| | Hawn Electric Co | Jul–Sep 19 | 86 | | 21.53 | | 4.00 | | ✓ 25.53 |
| | Hawn Telephone Co | Sep 10 – Dec 10 Long 15.50 | 87 | | 37.38 | | | | ✓ 37.38 |
| 20 | Bishop Ntl | Kahala ap. prin. 100.00 int 80.15 | 88 | | | | | | ✓ 180.15 |
| | (ap. Frances K. Long) | | 89 | | | | | | |
| | Terr. Tax Collector 2nd half | Home | 90 | | | | | 68.44 | |
| | " " | " 34–35 | 91 | | | | | 201.29 | |
| | " " | " 36–37 | 92 | | | | (93.97) | 174.52 | ✓ 444.25 / 93.97 |
| 9 | Haw. Tree Trimg. Co. | Cut tree Koa ave | 93 | | | | 70.00 | | |
| 19 | Terr. Tax Office 2nd half | Palmyra ap. | 94 | | | | 116.97 / 246.97 | 272.00 | ✓ 272.00 |
| | Julia Parker | bal. lease Kahala to end | 95 | | | | | 71.0?5 ✓ | ✓ 405.90 |
| | Cash 10. 10 15 10.06 15.20. 11.13 1.65. 2.50 | | 96 | 2.50 | 92.84 | | | | ✓ 92.84 / ✓ 2.50 |
| | | | 97 | 132.35 | 101.20 | | | | |
| | | Ins. nurse 40.00 / Dr Bell 38.25 / 78.25 ✓ | 98 | 78.25 | 194.04 home | | | | 1494.43 |
| | | | 99 | 54.10 | ✓ | | | | |
| | | | 00 | | | | | | |
| | Amounts Forward | | | | | | | | |

COPYRIGHTED

Nov 1953   Palmyra

| DATE | AMOUNTS FORWARD IN FAVOR OF | IN PAYMENT OF | Number | Paid in Full | Amount of Check | Paid | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

COPYRIGHTED

FLF 000011

Jan 1955   Palmyra   1942–1946

| AMOUNTS FORWARD | | Number | Postal or Tag | Amount of Check | Net of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|
| IN FAVOR OF | IN PAYMENT OF | | | | | | |

FLF 000013

November, 1954   Palmyra

REGISTER CHECK BEFORE DRAWN

IN FAVOR OF ............ IN PAYMENT OF

AMOUNTS FORWARD

| | | Num. of Check | Amount of Check | 1st Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|

FLF 000014

October 1953  Palmyra

REGISTER CHECK BEFORE DRAWING

DATE

AMOUNTS FORWARD

IN FAVOR OF

IN PAYMENT OF

| | | Number in Full | Point Date | Amount of Check | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|

FLF 000015

July 1953 Palmyra

| DATE | AMOUNTS FORWARD / IN FAVOR OF | IN PAYMENT OF | Number | Period or Page | Amount of Check | Paid | Direct Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

FLF 000016

June 1952 Palmyra

| AMOUNTS FORWARD | | |
|---|---|---|
| IN FAVOR OF | IN PAYMENT OF | |

FLF 000018

November 1950 Palmyra

| DATE | AMOUNTS FORWARD / IN FAVOR OF | IN PAYMENT OF | Number | Period in Page | Amount of Check | ✓ | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

FLF 000019

August 1450 Palmyra

| DATE | AMOUNTS FORWARD / IN FAVOR OF | IN PAYMENT OF | Number | Date Paid or Paid | Amount of Check | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|---|

AMOUNTS FORWARD
REGISTER CHECK BEFORE DRAWING
COPYRIGHTED

FLF 000020



FLF 000021

FLF 000022

June 1948 Palmyra

| DATE | IN FAVOR OF / IN PAYMENT OF | Number | Printed on Face | Amount of Check | Date of Deposit | Amount of Deposit | BALANCE |
|---|---|---|---|---|---|---|---|
| | | 26 | | | | | |
| | | 27 | | | | | |
| | | 28 | | | | | |
| | | 29 | | | | | |
| | | 30 | | | | | |
| | | 31 | | | | | |
| | | 32 | | | | | |
| | | 33 | | | | | |
| | | 34 | | | | | |
| | | 35 | | | | | |
| | | 36 | | | | | |
| | | 37 | | | | | |
| | | 38 | | | | | |
| | | 39 | | | | | |
| | | 40 | | | | | |
| | | 41 | | | | | |
| | | 42 | | | | | |
| | | 43 | | | | | |
| | | 44 | | | | | |
| | | 45 | | | | | |

FLF 000023

FLF 000024



FLF 000025



FLF 000026



FLF 000027

November 1945 Palmyra

FLF 000028



FLF 000029

June 1942   Palmyra

FLF 000030

June 1940   Palmyra/Kingman

| DATE | IN FAVOR OF | IN PAYMENT OF | Number | | | | | | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

FLF 000031

*(Handwritten ledger page, rotated. Header reads "November 1939 Palmyra/Kingman".)*

FLF 000032



FLF 000033

FLF 000034

November 1958                                        Palmyra/Kingman

| DATE | IN FAVOR OF | IN PAYMENT OF | Number of Item | Price | M. Value | Amount | BALANCE |
|------|-------------|---------------|----------------|-------|----------|--------|---------|

AMOUNTS FORWARD

AMOUNTS FORWARD

FLF 000035

June 1938 Palmyra / Kingman

| DATE | IN FAVOR OF | IN PAYMENT OF | Number | Posted on Page | Amount of Check | Paid ✓ | Date of Deposit | Amount of Deposit | BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | AMOUNTS FORWARD | | 01 | | | | | | 101.19 |
| 2 | Am. Security Bank. | June O/S. | 02 | | | | | | 25.00 |
| | R. B. Wrenk [illegible] | Kailua June | | | | | | | 5.00 |
| 3 | [illegible] | [illegible] | 03 | 4.24 | | | | | |
| 8 | Board of Water Supply. | Shop [illegible] May | 04 | 4.42 | | | | | |
| | | Kea " | 05 | 6.40 | | | | | |
| | | Home " | | | | | | | 21.46 |
| | | Kailani " | 06 | 6.40 | | | | | 11.70 |
| | Hawaiian Elec. | Kea Home. | 07 | 11.25 | | | | | |
| 15 | Hawn Elec. | Home Apl 6 - May 6 | 08 | 13.12 | | | | | |
| | | " May 6 - Jul 6. | 09 | 6.86 | | | | | 31.23 |
| | | [illegible] 2 mos to Mch 20 | 10 | | | | | | 3.00 |
| | Garbage dept | [illegible] 3 mos ending Jul 30 | 11 | | | | | | |
| | [illegible] | valves, [illegible] | | | | | | | 27.70 |
| | | [illegible] | 12 | | | | | | 10.00 |
| | Jas Morgan | [illegible] | 13 | | | | | | 17.00 |
| | Elec [illegible] | May & Jul, [illegible] | 14 | | | | | | 7.75 |
| | Ramsay | June 4 [illegible] | 15 | | | | | | 10.26 |
| | Hon Advertiser | advtg [illegible] | 16 | 3.50 / 6.76 | | | | | 15.25 |
| | Am. Optical Co. | glasses for [illegible] | 17 | | | | | | 3.35 |
| | T. Tanaka. | [illegible] plumbing repairs [illegible] | 18 | | | | | | 22.95 |
| | Fred Waldron | Insurance. Auto. prop. Home & [illegible] ending May 28.39. | 19 | | | | | | |
| | Tax Collector. | 1st half 1938 | 20 | | | | | | |
| | Palmyra & Kingman | | 21 | | 29.24 | | | | |
| | Tantalus | | 22 | | 42.97 | | | | |
| | Kailani | | 23 | | 106.98 | | | | |
| | Queen St. | | 24 | | 36.25 | | | | 217.99 |
| | Kailua (Kea & Home through Am Security) | | 25 | | 3.45 | | | | |
| | | | | | ~~[illegible]~~ | | | | 513.63 |
| | AMOUNTS FORWARD ~~[illegible]~~ | | | | | | | | |

June 1937    Palmyra / Kwajalein

| DATE: | IN FAVOR OF | IN PAYMENT OF | Number | Paid Out | Amount | Pd | Date of Deposit | Amount Deposited | BALANCE |
|---|---|---|---|---|---|---|---|---|---|

AMOUNTS FORWARD

AMOUNTS FORWARD



FLF 000038



FLF 000039



FLF 000040



No.

HONOLULU, HAWAII _Nov 20_ 1936

PAY TO THE
ORDER OF _The Tax Collector_                    $216 75/100

_Two hundred sixteen 75/100_                              DOLLARS

TO BISHOP NATIONAL BANK OF HAWAII
AT HONOLULU
HONOLULU, HAWAII.

---

HONOLULU, HAWAII. _June 15_ 193 7  No.

BISHOP NATIONAL BANK OF HAWAII
AT HONOLULU

PAY TO THE
ORDER OF _Tax Collector_                    $215 76/100

_Two hundred fifteen 76/100_                              DOLLARS

---

No.

HONOLULU, HAWAII _Nov 30_ 193 7

PAY TO THE
ORDER OF _Tax Office_                    $222 12/100

_Two hundred twenty two 12/100_                              DOLLARS

TO BISHOP NATIONAL BANK OF HAWAII
AT HONOLULU
HONOLULU, HAWAII.





















HONOLULU, HAWAII, *Nov 13* 194*4* No.

**BISHOP NATIONAL BANK OF HAWAII**
AT HONOLULU
**WAIKIKI BRANCH**

59-131

4-B

PAY TO THE ORDER OF *Territorial Tax Office*     $*151* 68/100

*One hundred fifty one* 68/100     DOLLARS

*C. Fullard Leo*

HONOLULU, HAWAII *June 15* 194*5* No.

59-131   **BISHOP NATIONAL BANK OF HAWAII**   59-131
AT HONOLULU
**WAIKIKI BRANCH**

4-A

PAY TO THE ORDER OF *Territorial Tax Office*     $*265* 29/100

*Two hundred thirty five* 29/100     DOLLARS

*C. Fullard Leo*



HONOLULU, HAWAII *June 19* 194*6* No.

1-A   59-131   **BISHOP NATIONAL BANK**   59-131
OF HAWAII AT HONOLULU
**WAIKIKI BRANCH**

PAY TO THE ORDER OF *Tax Collector*     $*292* 06/100

*Two hundred ninety two* 06/100     DOLLARS

*C. Fullard Leo*



(2-B)

HONOLULU, HAWAII, *June 20* 194*7*

PAY TO THE
ORDER OF *Territorial Tax Office* $10.00/100

*Ten 00/100 (our of 1947 Petunga Tax)* DOLLARS

TO **BISHOP NATIONAL BANK**
OF HAWAII AT HONOLULU *Waikiki*
59-101 HONOLULU, HAWAII



(2-B)

HONOLULU, HAWAII, *June 20* 194*7*

PAY TO THE
ORDER OF *Territorial Tax Office* $361.93/100

*Three hundred & sixty one 93/100* DOLLARS

TO **BISHOP NATIONAL BANK**
OF HAWAII AT HONOLULU *Waikiki*
59-101 HONOLULU, HAWAII



8-A

HONOLULU, HAWAII, U.S.A. *June 13* 194*9* No. *69*
WAIKIKI BRANCH
**BANK·OF·HAWAII** 59-133

PAY TO THE
ORDER OF *Territorial Tax Collector* $878.32/100

*Eight hundred & seventy eight 32/100* DOLLARS



HONOLULU, HAWAII, U.S.A.   June 20 1952   19___   No.___
WAIKIKI BRANCH

# BANK OF HAWAII

59-133

PAY TO THE
ORDER OF   Territorial Tax Office                    $ 1056.65

One thousand and fifty six dollars and sixty five cents

**DOLLARS**

---

HONOLULU, HAWAII, U.S.A.   _November_ 19_2 No.___
WAIKIKI BRANCH

# BANK OF HAWAII

59-133

PAY TO THE
ORDER OF _____   $ 1056 ___

One thousand fifty six dollars sixty three cents

**DOLLARS**

---

HONOLULU, HAWAII, U.S.A.   _____ 19__ No.   49 __
WAIKIKI BRANCH

# BANK OF HAWAII

59-133

PAY TO THE
ORDER OF _____   $ 86 ___

_____ dollars _____

**DOLLARS**

JUN 23 1954



**4-B**

HONOLULU, HAWAII, U.S.A. _____ 19__

WAIKIKI BRANCH

**BANK OF HAWAII** ◆ 59-133

No.

PAY TO THE
ORDER OF _Territorial Tax Collector_ $186 66/100

_One hundred eighty six 66/100_

DOLLARS

E. R. Tullard Leo

---

**11**

HONOLULU, HAWAII, U.S.A. _July_ 19_5_

WAIKIKI BRANCH

**BANK OF HAWAII** ◆ 59-133

No.

PAY TO THE
ORDER OF _Ter Tax Collector_ $444 26/100

_Four hundred & forty four 26/100_

DOLLARS

E. R. Tullard Leo

---

**4-B**

HONOLULU, HAWAII, U.S.A. _Nov. 20 1955_ 19__

WAIKIKI BRANCH

**BANK OF HAWAII** ◆ 59-133

No.

PAY TO THE
ORDER OF _Territorial Tax Collector,_ $444.25

-- Four hundred and forty four dollars and twenty five cents --

DOLLARS

E. R. Tullard Leo



HONOLULU, HAWAII, U.S.A. _____ 19 56    No.

WAIKIKI BRANCH

**BANK OF HAWAII**

59-133
1213

PAY TO THE
ORDER OF *Territorial Tax Collector*    $721 42/100

*Seven hundred & twenty-one ___*

**DOLLARS**

*E. B. Fulland Leo*

---

HONOLULU, HAWAII, U.S.A.    July 17 1957    19    No.

WAIKIKI BRANCH

**BANK OF HAWAII**

59-133
1213

PAY TO THE
ORDER OF  Territorial Tax Collector    $836.97

—Eight hundred and thirty six dollars and ninety seven cents—

**DOLLARS**

*E. B. Fulland Leo*

---



HONOLULU, HAWAII, U.S.A.  NOV 15 1957    19    No.

WAIKIKI BRANCH

**BANK OF HAWAII**

59-133
1213

PAY TO THE
ORDER OF  Territorial Tax Collector    $594.55

—Five hundred and ninety four dollars and fifty five cents—

**DOLLARS**

*E. B. Fulland Leo*

⑦

WAIKIKI BRANCH

# BANK OF HAWAII

HONOLULU, HAWAII

November 19 1958        19        NO.

59-133
1213

PAY TO THE
ORDER OF    Territorial Tax Commissioner        $594.55

Five hundred and ninety four dollars, fifty five cents——— DOLLARS

E. B. FULLARD-LEO
2389 Prince Edward Street
Honolulu 15, Hawaii



